

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Estate of Josephine Earle Connell,
Deceased

No. 06-17-00101-CV

Appeal from the County Court of Limestone
County, Texas (Tr. Ct. No. 7899).
Memorandum Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED FEBRUARY 6, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk